McGREGOR W. SCOTT
United States Attorney
ROBIN R. TAYLOR
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California  95814
Telephone: (916) 554-2700



**FILED**

OCT 2 9 2008

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>        v.<br><br>SUNSHINE PASQUALE,<br><br>                    Defendant. | 08 MJ 387 KJM<br>08-SW 0471 KJM<br><br>APPLICATION FOR UNSEALING<br>ORDER; AND ORDER |

_____

On October 27, 2008, a search warrant, arrest warrant, and criminal complaint were filed in the above-referenced case.  Since the search warrant and arrest warrants have been executed, it is no longer necessary for the Search Warrant, Arrest Warrant Criminal Complaint, Applications, Affidavits, and related documents to remain sealed. Thus, the government respectfully requests that they be unsealed.

DATED: October 29, 2008                 McGREGOR W. SCOTT
                                        United States Attorney


                                        By /s/ Robin R. Taylor
                                           ROBIN R. TAYLOR
                                           Assistant U.S. Attorney

1

**Application for Unsealing Order & Order**
**Page 2**

**<u>ORDER</u>**

SO ORDERED:

DATED: October 29, 2008

_____
HON. KIMBERLY MUELLER
United States Magistrate

2