FILED
October 29, 2008
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA

DEPUTY CLERK

UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA, )
) Case No. 2:08-mj-387 KJM
        Plaintiff, )
v. ) ORDER FOR RELEASE
) OF PERSON IN CUSTODY
Sunshine Pascual, )
)
        Defendant. )

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release  Sunshine Pascual   Case 2:08-mj-387 KJM from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

    ___    Release on Personal Recognizance

    ___    Bail Posted in the Sum of _____

    _X_    Unsecured bond in the amount of $50,000

    ___    Appearance Bond with 10% Deposit

    ___    Appearance Bond secured by Real Property

    ___    Corporate Surety Bail Bond

    _X_    (Other) Probation conditions/supervision; surrender passport; travel restrictions

Issued at  Sacramento, CA  on 10/29/08  at  3:58p.m.

By _____
Kimberly J. Mueller,
United States Magistrate Judge