MICHAEL D. LONG  (CA State Bar #149475)
901 H Street, Suite 208
Sacramento, CA 95814
(916) 447-1920
Long_5999@msn.com

Attorney for SUNSHINE PASCUAL

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

THE UNITED STATES OF AMERICA, ) No. CR-S-08-532 GEB
        Plaintiff, )
) STIPULATION AND [PROPOSED]
  v. ) ORDER TO TSR VIOLATION
) HEARING
SUNSHINE PASCUAL, )
) Date: 1-16-09
        Defendant. ) Time: 9:00 a.m.
===============================) Judge: Hon. Garland E. Burrell, Jr.

      IT IS HEREBY STIPULATED between the parties, Assistant United States Attorney Robin Taylor and Michael Long, attorney for SUNSHINE PASCUAL, that the status conference set for January 16, 2009, at 9:00 a.m. should be continued until February 27, 2009, at 9:00 a.m.. The continuance is necessary as defense counsel is still investigating the case and the government and defense counsel are continuing to engage in negotiations.

      IT IS FURTHER STIPULATED that the period of time from the signing of this Order up to and including the new status conference date of February 27, 2009, be excluded in computing the time within which trial must commence under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(8)(B)(iv) and Local Code T4, for ongoing preparation of counsel.

Dated:  January 15, 2009                      Respectfully submitted,

                                                /s/ Michael D. Long_____
                                                MICHAEL D. LONG
                                                Attorney for Ms. Pascual

Dated: January 15, 2009

                                             LAWRENCE BROWN
                                             Acting United States Attorney

                                           /s/ Robin Taylor
                                           ROBIN TAYLOR
                                           Assistant U.S. Attorney

       IT IS SO ORDERED.

DATED: January 16, 2009

_____
GARLAND E. BURRELL, JR.
United States District Judge

MICHAEL D. LONG  (CA State Bar #149475)
901 H Street, Suite 208
Sacramento, CA 95814
(916) 447-1920
Long_5999@msn.com

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| THE UNITED STATES OF AMERICA, | ) | No. CR-S-08-532 GEB |
| Plaintiff, | ) | |
| | ) | (Proposed) ORDER |
| v. | ) | |
| | ) | Date:  1-16-09 |
| SUNSHINE PASCUAL, | ) | Time: 9:00 a.m. |
| | ) | Judge: Hon. Garland E. Burrell, Jr. |
| Defendant. | ) | |
| ================================) | | |

UPON GOOD CAUSE SHOWN and the stipulation of all parties, it is ordered that the status conference presently set for January 16, 2009, at 9:00 a.m. be continued to February 27, 2009, at 9:00 a.m.  Based on the representations of counsel and good cause appearing therefrom, the Court hereby finds that the failure to grant a continuance in this case would deny defense counsel reasonable time necessary for effective preparation, taking into account due diligence.  The continuance outweighs the best interests of the public and the defendants to a speedy trial.  It is ordered that time from this date to February 27, 2009, shall be excluded from computation of the time within which the trial of this matter must be commenced under the Speedy Trial Act pursuant to 18 U.S.C. § 3161(h)(8)(B)(iv) and Local Code T4, to allow counsel time to prepare.

Dated: January ___, 2009

_____
GARLAND E. BURRELL, JR.
United States District Judge