MICHAEL D. LONG  (CA State Bar #149475)
901 H Street, Suite 208
Sacramento, CA 95814
(916) 447-1920
Long_5999@msn.com

Attorney for SUNSHINE PASCUAL

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

THE UNITED STATES OF AMERICA,  ) No. CR-S-08-532 GEB
                Plaintiff,  )
                                  ) STIPULATION AND [PROPOSED]
    v.                            ) ORDER TO CONTINUE STATUS
                                  ) HEARING
SUNSHINE PASCUAL,  )
                                  ) Date: 2-27-09
            Defendant.  ) Time: 9:00 a.m.
===============================) Judge: Hon. Garland E. Burrell, Jr.

       IT IS HEREBY STIPULATED between the parties, Assistant United States Attorney Robin Taylor and Michael Long, attorney for SUNSHINE PASCUAL, that the status conference set for February 27, 2009, at 9:00 a.m. should be continued until March 27, 2009, at 9:00 a.m.  The continuance is necessary as defense counsel is still investigating the case and the government and defense counsel are continuing to engage in settlement negotiations.

       IT IS FURTHER STIPULATED that the period of time from the signing of this Order up to and including the new status conference date of March 27, 2009, be excluded in computing the time within which trial must commence under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(8)(B)(iv) and Local Code T4, for ongoing preparation of counsel.

Dated:  February 26, 2009                        Respectfully submitted,

                                                            /s/ Michael D. Long_____
                                                             MICHAEL D. LONG
                                                             Attorney for Ms. Pascual

| | |
|---|---|
| Dated: February 26, 2009 | LAWRENCE BROWN<br>Acting United States Attorney<br><br>/s/ Robin Taylor____<br>ROBIN TAYLOR<br>Assistant U.S. Attorney |

MICHAEL D. LONG  (CA State Bar #149475)
901 H Street, Suite 208
Sacramento, CA 95814
(916) 447-1920
Long_5999@msn.com

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| THE UNITED STATES OF AMERICA, | ) | No. CR-S-08-532 GEB |
| Plaintiff, | ) | |
| | ) | ORDER |
| v. | ) | |
| | ) | Date:  2-27-09 |
| SUNSHINE PASCUAL, | ) | Time:  9:00 a.m. |
| | ) | Judge: Hon. Garland E. Burrell, Jr. |
| Defendant. | ) | |

===============================)

UPON GOOD CAUSE SHOWN and the stipulation of all parties, it is ordered that the status conference presently set for February 27, 2009, at 9:00 a.m. be continued to March 27, 2009, at 9:00 a.m.  Based on the representations of counsel and good cause appearing therefrom, the Court hereby finds that the failure to grant a continuance in this case would deny defense counsel reasonable time necessary for effective preparation, taking into account due diligence.  The continuance outweighs the best interests of the public and the defendants to a speedy trial.  It is ordered that time from this date to March 27, 2009, shall be excluded from computation of the time within which the trial of this matter must be commenced under the Speedy Trial Act pursuant to 18 U.S.C. § 3161(h)(8)(B)(iv) and Local Code T4, to allow counsel time to prepare.

Dated: February 26, 2009

_____
GARLAND E. BURRELL, JR.
United States District Judge