MICHAEL D. LONG (CA State Bar #149475)
901 H Street, Suite 208
Sacramento, CA 95814
(916) 447-1920
Long_5999@msn.com

Attorney for SUNSHINE PASCUAL

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| THE UNITED STATES OF AMERICA, | ) | No. CR-S-08-532 GEB |
| Plaintiff, | ) | |
| | ) | STIPULATION AND [PROPOSED] |
| v. | ) | ORDER TO CONTINUE STATUS |
| | ) | HEARING |
| SUNSHINE PASCUAL, | ) | |
| | ) | Date: 3-27-09 |
| Defendant. | ) | Time: 9:00 a.m. |
| ==============================) | | Judge: Hon. Garland E. Burrell, Jr. |

IT IS HEREBY STIPULATED between the parties, Assistant United States Attorney Robin Taylor and Michael Long, attorney for SUNSHINE PASCUAL, that the status conference set for March 27, 2009, at 9:00 a.m. should be continued until April 17, 2009, at 9:00 a.m. The continuance is necessary as the government and defense counsel are continuing to engage in settlement negotiations. The parties anticipate that Ms. Pascual will enter a plea of guilty pursuant to the terms of a written plea agreement on April 17, 2009.

IT IS FURTHER STIPULATED that the period of time from the signing of this Order up to and including the new status conference date of April 17, 2009, be excluded in computing the time within which trial must commence under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(8)(B)(iv) and Local Code T4, for ongoing preparation of counsel.

Dated: March 25, 2009                    Respectfully submitted,

                                         /s/ Michael D. Long
                                         MICHAEL D. LONG
                                         Attorney for Ms. Pascual

-1-

Dated: March 25, 2009

                                    LAWRENCE BROWN
                                    Acting United States Attorney

                                  /s/ Robin Taylor
                                  ROBIN TAYLOR
                                  Assistant U.S. Attorney

MICHAEL D. LONG  (CA State Bar #149475)
901 H Street, Suite 208
Sacramento, CA 95814
(916) 447-1920
Long_5999@msn.com

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

THE UNITED STATES OF AMERICA,   ) No. CR-S-08-532 GEB
         Plaintiff,                     )
                                ) (Proposed) ORDER
  v.                            )
                                ) Date:  3-27-09
SUNSHINE PASCUAL,               ) Time:  9:00 a.m.
                                ) Judge: Hon. Garland E. Burrell, Jr.
         Defendant.                    )
===============================)

UPON GOOD CAUSE SHOWN and the stipulation of all parties, it is ordered that the status conference presently set for March 27, 2009, at 9:00 a.m. be continued to April 17, 2009, at 9:00 a.m.  Based on the representations of counsel and good cause appearing therefrom, the Court hereby finds that the failure to grant a continuance in this case would deny defense counsel reasonable time necessary for effective preparation, taking into account due diligence.  The continuance outweighs the best interests of the public and the defendants to a speedy trial.  It is ordered that time from this date to April 17, 2009, shall be excluded from computation of the time within which the trial of this matter must be commenced under the Speedy Trial Act pursuant to 18 U.S.C. § 3161(h)(8)(B)(iv) and Local Code T4, to allow counsel time to prepare.

Dated:   March 27, 2009

_____
GARLAND E. BURRELL, JR.
United States District Judge

-3-