```
 1  LAWRENCE G. BROWN
    Acting United States Attorney
 2  ROBIN R. TAYLOR
    Assistant U.S. Attorney
 3  501 I Street, Suite 10-100
    Sacramento, California  95814
 4  Telephone:  (916) 554-2722
```

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | 2:08-CR-00532-GEB |
| Plaintiff, | PRELIMINARY ORDER OF FORFEITURE |
| v. | |
| SUNSHINE PASQUAL, | |
| Defendant. | |

Based upon the plea agreement entered into between plaintiff United States of America and defendant Sunshine Pasqual, it is hereby ORDERED, ADJUDGED, AND DECREED as follows:

1. Pursuant to 18 U.S.C. § 2323(b)[1], defendant Sunshine Pasqual's interest in the following property shall be condemned and forfeited to the United States of America, to be disposed of according to law:

    a.   Approximately 38 Abercrombie & Fitch T-Shirts,
    b.   Approximately 2 Bebe Earrings,

---

[1] As amended December 1, 2008, and includes legislation through Pub.L. 110-460, approved December 23, 2008.  The Indictment and Plea Agreement contain reference to forfeiture pursuant to 18 U.S.C. § 2320(b)(1)(B), which has been amended.

1    Preliminary Order of Forfeiture

c. Approximately 9 Bebe Hats,
d. Approximately 3 Bebe Necklaces,
e. Approximately 1 Bebe Shirt,
f. Approximately 18 Bebe Sunglasses,
g. Approximately 2 Bebe Watches,
h. Approximately 3 Bvlgari Sunglasses,
i. Approximately 1 Chanel Beanie,
j. Approximately 10 Chanel Bracelets,
k. Approximately 31 Chanel Earrings,
l. Approximately 10 Chanel Hair Clips,
m. Approximately 7 Chanel Handbags,
n. Approximately 2 Chanel Key Chains,
o. Approximately 1 Chanel Misc. Envelope,
p. Approximately 9 Chanel Necklaces,
q. Approximately 2 Chanel Rings,
r. Approximately 5 Chanel Scarves,
s. Approximately 1 Pair Chanel Shoes,
t. Approximately 31 Chanel Sunglasses,
u. Approximately 2 Chanel Umbrellas,
v. Approximately 2 Chanel Wallets,
w. Approximately 1 Chanel Watch,
x. Approximately 11 Christian Audigier Hats,
y. Approximately 2 Christian Dior Hair Clips,
z. Approximately 1 Coach Beanie,
aa. Approximately 13 Coach Bracelets,
bb. Approximately 26 Coach Earrings,
cc. Approximately 2 Coach Fanny Packs,
dd. Approximately 54 Coach Handbags,
ee. Approximately 1 Coach Hat,
ff. Approximately 5 Coach Key Chains,
gg. Approximately 3 Coach Necklaces,
hh. Approximately 4 Coach Rings,
ii. Approximately 3 Coach Scarves,
jj. Approximately 9 Coach Sunglasses,
kk. Approximately 1 Coach Tag,
ll. Approximately 37 Coach Wallets,
mm. Approximately 15 Coach Watches,
nn. Approximately 6 Dolce & Gabbana Bracelets,
oo. Approximately 45 Dolce & Gabbana Handbags,
pp. Approximately 4 Dolce & Gabbana Necklaces,
qq. Approximately 8 Dolce & Gabbana Sunglasses,
rr. Approximately 8 Dolce & Gabbana Wallets,
ss. Approximately 2 Dolce & Gabbana Watches,
tt. Approximately 16 Ed Hardy Hats,
uu. Approximately 7 Ed Hardy Shirts,
vv. Approximately 9 Ed Hardy Sunglasses,
ww. Approximately 1 Famous Stars & Straps Necklace,
xx. Approximately 14 Gucci Handbags,
yy. Approximately 7 Gucci Sunglasses,
zz. Approximately 4 Gucci Wallets,
aaa. Approximately 4 Gucci Watches,
bbb. Approximately 3 Jimmy Choo Handbags,
ccc. Approximately 4 Jimmy Choo Wallets,
ddd. Approximately 11 Juicy Couture Bracelets,
eee. Approximately 20 Pairs Juicy Couture Earrings,

```
                fff. Approximately 28 Juicy Couture Handbags,
                ggg. Approximately 30 Juicy Couture Hats,
                hhh. Approximately 14 Juicy Couture Necklaces,
                iii. Approximately 106 Juicy Couture Shirts,
                jjj. Approximately 20 Juicy Couture Sunglasses,
                kkk. Approximately 2 Juicy Couture Watches,
                lll. Approximately 6 Pairs Louis Vuitton Earrings,
                mmm. Approximately 3 Louis Vuitton Hair Clips,
                nnn. Approximately 1 Louis Vuitton Necklace,
                ooo. Approximately 2 Louis Vuitton Umbrellas,
                ppp. Approximately 1 Louis Vuitton Wallet,
                qqq. Approximately 1 Michael Kors Handbag,
                rrr. Approximately 9 Movado Watches,
                sss. Approximately 10 Tiffany & Co. Rings,
                ttt. Approximately 18 Victoria's Secret Pink Shirts, and
                uuu. Approximately 2 Victoria's Secret Pink Tank Tops.
```

2. The above-listed property constitutes property used, in any manner or part, to commit or to facilitate the commission of a violation of 18 U.S.C. § 2320(a). Pursuant to 18 U.S.C. § 2323(b)(2)(B), the Court shall order that any forfeited article or component of an article bearing or consisting of a counterfeit mark be destroyed or otherwise disposed of according to law.

3. Pursuant to Rule 32.2(b), the Attorney General (or a designee) shall be authorized to seize the above-listed property. The aforementioned property shall be seized and held by the Department of Homeland Security, U.S. Secret Service, in its secure custody and control.

4. a. Pursuant to 18 U.S.C. § 2323(b)(2)(A), incorporating 21 U.S.C. § 853(n), and Local Rule 83-171, the United States shall publish notice of the order of forfeiture. Notice of this Order and notice of the Department of Homeland Security, U.S. Secret Service's (or a designee's) intent to dispose of the property in such manner as the Attorney General may direct shall be posted for at least 30 consecutive days on the official internet government forfeiture site www.forfeiture.gov. The United States may also, to the extent

practicable, provide direct written notice to any person known to have alleged an interest in the property that is the subject of the order of forfeiture as a substitute for published notice as to those persons so notified.

     b. This notice shall state that any person, other than the defendant, asserting a legal interest in the above-listed property, must file a petition with the Court within sixty (60) days from the first day of publication of the Notice of Forfeiture posted on the official government forfeiture site, or within thirty (30) days from receipt of direct written notice, whichever is earlier.

5. If a petition is timely filed, upon adjudication of all third-party interests, if any, this Court will enter a Final Order of Forfeiture pursuant to 18 U.S.C. § 2323(b), in which all interests will be addressed.

Dated: May 15, 2009

_____
GARLAND E. BURRELL, JR.
United States District Judge