BENJAMIN B. WAGNER
United States Attorney
ROBIN R. TAYLOR
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2722

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 2:08-CR-00532-GEB |
| | ) | |
| Plaintiff, | ) | FINAL ORDER OF FORFEITURE |
| | ) | |
| v. | ) | |
| | ) | |
| SUNSHINE PASQUAL, | ) | |
| | ) | |
| Defendant. | ) | |

WHEREAS, on or about May 18, 2009, this Court entered a Preliminary Order of Forfeiture pursuant to the provisions of 18 U.S.C. § 2323(b)[1], based upon the plea agreement entered into between plaintiff and defendant Sunshine Pasqual forfeiting to the United States the following property:

      a. Approximately 38 Abercrombie & Fitch T-Shirts,
      b. Approximately 2 Bebe Earrings,
      c. Approximately 9 Bebe Hats,
      d. Approximately 3 Bebe Necklaces,
      e. Approximately 1 Bebe Shirt,
      f. Approximately 18 Bebe Sunglasses,
      g. Approximately 2 Bebe Watches,

---

[1] As amended December 1, 2008, and includes legislation through Pub.L. 110-460, approved December 23, 2008. The Indictment and Plea Agreement contain reference to forfeiture pursuant to 18 U.S.C. § 2320(b)(1)(B), which has been amended.

1             Final Order of Forfeiture

h. Approximately 3 Bvlgari Sunglasses,
i. Approximately 1 Chanel Beanie,
j. Approximately 10 Chanel Bracelets,
k. Approximately 31 Chanel Earrings,
l. Approximately 10 Chanel Hair Clips,
m. Approximately 7 Chanel Handbags,
n. Approximately 2 Chanel Key Chains,
o. Approximately 1 Chanel Misc. Envelope,
p. Approximately 9 Chanel Necklaces,
q. Approximately 2 Chanel Rings,
r. Approximately 5 Chanel Scarves,
s. Approximately 1 Pair Chanel Shoes,
t. Approximately 31 Chanel Sunglasses,
u. Approximately 2 Chanel Umbrellas,
v. Approximately 2 Chanel Wallets,
w. Approximately 1 Chanel Watch,
x. Approximately 11 Christian Audigier Hats,
y. Approximately 2 Christian Dior Hair Clips,
z. Approximately 1 Coach Beanie,
aa. Approximately 13 Coach Bracelets,
bb. Approximately 26 Coach Earrings,
cc. Approximately 2 Coach Fanny Packs,
dd. Approximately 54 Coach Handbags,
ee. Approximately 1 Coach Hat,
ff. Approximately 5 Coach Key Chains,
gg. Approximately 3 Coach Necklaces,
hh. Approximately 4 Coach Rings,
ii. Approximately 3 Coach Scarves,
jj. Approximately 9 Coach Sunglasses,
kk. Approximately 1 Coach Tag,
ll. Approximately 37 Coach Wallets,
mm. Approximately 15 Coach Watches,
nn. Approximately 6 Dolce & Gabbana Bracelets,
oo. Approximately 45 Dolce & Gabbana Handbags,
pp. Approximately 4 Dolce & Gabbana Necklaces,
qq. Approximately 8 Dolce & Gabbana Sunglasses,
rr. Approximately 8 Dolce & Gabbana Wallets,
ss. Approximately 2 Dolce & Gabbana Watches,
tt. Approximately 16 Ed Hardy Hats,
uu. Approximately 7 Ed Hardy Shirts,
vv. Approximately 9 Ed Hardy Sunglasses,
ww. Approximately 1 Famous Stars & Straps Necklace,
xx. Approximately 14 Gucci Handbags,
yy. Approximately 7 Gucci Sunglasses,
zz. Approximately 4 Gucci Wallets,
aaa. Approximately 4 Gucci Watches,
bbb. Approximately 3 Jimmy Choo Handbags,
ccc. Approximately 4 Jimmy Choo Wallets,
ddd. Approximately 11 Juicy Couture Bracelets,
eee. Approximately 20 Pairs Juicy Couture Earrings,
fff. Approximately 28 Juicy Couture Handbags,
ggg. Approximately 30 Juicy Couture Hats,
hhh. Approximately 14 Juicy Couture Necklaces,
iii. Approximately 106 Juicy Couture Shirts,
jjj. Approximately 20 Juicy Couture Sunglasses,

|   |   |
|---|---|
| 1 |           kkk. Approximately 2 Juicy Couture Watches,|

<pre>
         kkk. Approximately 2 Juicy Couture Watches,
         lll. Approximately 6 Pairs Louis Vuitton Earrings,
         mmm. Approximately 3 Louis Vuitton Hair Clips,
         nnn. Approximately 1 Louis Vuitton Necklace,
         ooo. Approximately 2 Louis Vuitton Umbrellas,
         ppp. Approximately 1 Louis Vuitton Wallet,
         qqq. Approximately 1 Michael Kors Handbag,
         rrr. Approximately 9 Movado Watches,
         sss. Approximately 10 Tiffany & Co. Rings,
         ttt. Approximately 18 Victoria's Secret Pink Shirts,
              and
         uuu. Approximately 2 Victoria's Secret Pink Tank Tops.
</pre>

AND WHEREAS, beginning on May 27, 2009, for at least 30 consecutive days, the United States published notice of the Court's Order of Forfeiture on the official internet government forfeiture site www.forfeiture.gov. Said published notice advised all third parties of their right to petition the court within sixty (60) days from the first day of publication of the notice for a hearing to adjudicate the validity of their alleged legal interest in the forfeited property;

AND WHEREAS, the Court has been advised that no third party has filed a claim to the subject property, and the time for any person or entity to file a claim has expired.

Accordingly, it is hereby ORDERED and ADJUDGED:

1. A Final Order of Forfeiture shall be entered forfeiting to the United States of America all right, title, and interest in the above-listed property pursuant to 18 U.S.C. § 2323(b), to be disposed of according to law, including all right, title, and interest of Sunshine Pasqual. Pursuant to 18 U.S.C. § 2323(b)(2)(B), any forfeited article or component of an article bearing or consisting of a counterfeit mark shall be destroyed or otherwise disposed of according to law.

2. All right, title, and interest in the above-listed

property shall vest solely in the United States of America.

3. The U.S. Secret Service shall maintain custody of and control over the subject property until it is disposed of according to law.

Dated: January 27, 2010

_____
GARLAND E. BURRELL, JR.
United States District Judge